UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ASHLEY ANNISTON PERKINS, ET AL

VERSUS

REG LOGISTICS INC., ET AL

CIVIL ACTION

No. 07-662-JJB

## ORDER

The matters before the Court are a motion in limine (doc. 53) to exclude evidence of economic damages and a motion in limine (doc. 58) to exclude evidence and testimony from Enterprise Company's and National Union Fire Insurance Company's unnamed property damage expert, both filed by Defendants REG Logistics, Inc., and Sagamore Insurance Company.

Defendants filed both motions well after the deadline--45 days prior to trial--set by this Court at pretrial conference on November 12, 2009. The Court set this deadline in order to allow sufficient briefing on motions. Because these belated motions diminish the likelihood of sufficient briefing, the Court shall rule upon these motions at trial.

Accordingly, the Court DEFERS until trial Defendants' motions in limine (docs. 53 & 58).

Signed in Baton Rouge, Louisiana, this 3rd day of February 2010.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1